BROWNE GEORGE ROSS
O'BRIEN ANNAGUEY & ELLIS LLP
Guy C. Nicholson (State Bar No. 106133)
  gnicholson@bgrfirm.com
Kim S. Zeldin (State Bar No. 135780)
  kzeldin@bgrfirm.com
2121 Avenue of the Stars, Suite 2800
Los Angeles, California 90067
Telephone: (310) 274-7100
Facsimile: (310) 275-5697

Attorneys for Defendants Browne George Ross LLP, Eric M. George, and Maribeth Annaguey

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| PAUL O. PARADIS,<br><br>  Plaintiff,<br><br>  vs.<br><br>ELLEN PANSKY, PANSKY MARKLE ATTORNEYS AT LAW, MARIBETH ANNAGUEY, ERIC M. GEORGE, BROWNE GEORGE ROSS LLP and DEFENDANTS DOES 1-100,<br><br>  Defendants. | Case No. 2:20-cv-09660-VAP-JCx_<br><br>Hon. Virginia A. Phillips_<br><br>**DEFENDANTS BROWNE GEORGE ROSS LLP, ERIC M. GEORGE AND MARIBETH ANNAGUEY'S EX PARTE APPLICATION TO REQUIRE *PRO SE* PLAINTIFF TO SERVE OPPOSITION TO MOTIONS BY ELECTRONIC MAIL**<br><br>Trial Date: None Set |

1782070.1

Case No. 2:20-cv-09660-VAP-JCx_

DEFENDANTS BROWNE GEORGE ROSS LLP, ERIC M. GEORGE AND MARIBETH ANNAGUEY'S
EX PARTE APPLICATION TO SERVE BY ELECTRONIC MAIL

**TO THIS HONORABLE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

PLEASE TAKE NOTICE that pursuant to Local Rule 7-19 Defendants Browne George Ross LLP, Eric M. George, and Maribeth Annaguey (collectively, the "BGR Defendants") hereby apply *ex parte* pursuant to Local Rule 7-19 for an order requiring *pro se* Plaintiff Paul O. Paradis to serve any oppositions (and accompanying documents) to the BGR Defendants' Motion to Dismiss Pursuant to FRCP 12(b)(5) and 12(b)(6) (ECF 36) and the BGR Defendants' Motion to Strike Complaint Pursuant to C.C.P. § 425.16 (ECF 38) (collectively, the "Motions") by electronic mail on March 22, 2021. Alternatively, the BGR Defendants request that the Court order that the BGR Defendants be permitted to file their Replies in support of the Motions within five days of (a) the uploading of the paper copies of the Oppositions to the Motions to ECF; or (b) receipt of the Replies, whichever is earliest.

This Ex Parte application is made following notice to Mr. Paradis pursuant L.R. 7-19.1, which was provided by electronic mail on March 18, 2021, after unsuccessful but good faith attempts were made to contact Mr. Paradis by telephone. See Declaration of Guy Nicholson, ¶¶ 9-11, Ex. 3.

DATED: March 18, 2021

BROWNE GEORGE ROSS
O'BRIEN ANNAGUEY & ELLIS LLP
 Guy C. Nicholson
 Kim S. Zeldin

By: _____
 Guy C. Nicholson
Attorneys for Defendants Browne George Ross LLP, Eric M. George, and Maribeth Annaguey

# MEMORANDUM OF POINTS AND AUTHORITIES

## I.  Introduction And Statement Of Facts

Defendants Browne George Ross LLP, Eric M. George, and Maribeth Annaguey filed a Motion to Dismiss pursuant to FRCP 12(b)(5) and 12(b)(6) (ECF 36) and Motion to Strike Complaint pursuant to C.C.P. § 425.16 (ECF 38) (collectively, the "Motions") on March 8, 2021; the hearings are set for both Motions on April 12, 2021 at 2 p.m.  Because Plaintiff Paul O Paradis (an attorney licensed in New York, who currently resides in Arizona, Nicholson Decl. Ex. 1) is self-represented, pursuant to Local Rule 5-3.1.1, the Motions were served by electronic mail via an electronic sharefile and by United States Mail.  ECF 36-24 and 41.  The hearings for the Motions were properly noticed more than 31 days in advance of the hearing pursuant to Local Rule 6-1.  The sharefile electronic record provided to Mr. Paradis shows that he has accessed those pleadings.  Nicholson Decl. ¶ 6.

The Oppositions to those Motions are due, pursuant to Local Rule 7-9, on March 22, 2021 (21 days prior to the hearing), and the reply briefs are due on March 29, 2021 (L.R. 7-10).  On March 15, 2021, counsel for the BGR Defendants, Guy C. Nicholson, wrote an email to Mr. Paradis addressed to the email address on his complaint (ECF 1) and on the substitution of attorney form (ECF 27).  Nicholson Decl. Ex. 2.  The email was copied to Mr. Paradis's Arizona Bankruptcy counsel, Alan Meda, who, while not counsel of record in this action, is assisting Mr. Paradis with this matter in some capacity by at least arranging the "out of town" (albeit defective) service of the summonses and corrected complaint (ECF 33-35).

In his email, Mr. Nicholson requested Mr. Paradis serve any opposition papers on March 22, 2021 by forwarding them to him via email or by uploading them to a sharelink file, in light of the fact that Mr. Paradis was not participating in the ECF system and the short window of time for Defendants to file their reply briefs.  Nicholson Decl. Ex. 2.  Mr. Nicholson also asked that Mr. Paradis to advise

him by return email or by telephone whether he would agree to serve the oppositions electronically. *Id*. Mr. Paradis did not respond to the email or call Mr. Nicholson. *Id*. at ¶ 8.

## II. The Name, Address And Telephone Number of *Pro Se* Plaintiff Paul O. Paradis

Pursuant to Local Rule 7-19, an application for an *ex parte* order shall be accompanied by a memorandum containing, *inter alia*, the name, address and telephone number of counsel for the opposing party.

Plaintiff Paul O. Paradis is not represented by counsel. His address, telephone number and email address are as follows:

- Address: 4422 N. 75th Street, Apt. 4005, Scottsdale, AZ 85251
- Phone: (201) 206-9092
- Email: pparadis7@gmail.com

## III. Good Cause Exists For The *Ex Parte* Relief Sought

Relief may be properly sought on an *ex parte* basis if it cannot be obtained on regular notice and the party seeking relief is without fault in creating the crisis that requires the *ex parte* relief. *Mission Power Eng. Co. v. Continental Casualty Co.*, 883 F. Supp. 488, 492-93 (C.D. Cal. 1995).

Here, because Mr. Paradis is *pro se* and does not participate in the ECF system, he will be required to file his opposition papers with the Court in paper format, and the Clerk will then scan the documents into the CM/ECF System. Local Rule 5-4.2(a)(1). Due to Covid and other factors, it appears that it can take up to two weeks for the Clerk to upload documents filed in hard copy, which only then would be available to counsel for the BGR Defendants and possibly after the BGR Defendants' deadline to file reply briefs (March 29, 2021) has passed. Nicholson Decl. ¶ 2.

Therefore, the BGR Defendants request that the Court order Mr. Paradis to serve the BGR Defendants with their Oppositions by electronic mail no later than

March 22, 2021.  Alternatively, the BGR Defendants request that the Court enter an order allowing the BGR Defendants to file their Replies in support of the Motions within five days of (a) the uploading of the paper copies of the Oppositions to the Motions to ECF; or (b) receipt of the Replies, whichever is earliest.

### IV. The BGR Defendants' Good Faith Efforts To Advise Plaintiff Of the *Ex Parte* Application

After sending the March 15, 2021 email and receiving no response, Mr. Nicholson (joined by his partner Kim Zeldin) called Mr. Paradis at approximately 10 a.m. on March 18, 2021, using the telephone number provided on the complaint (ECF 1) and the substitution of counsel form (ECF 27).  Nicholson Decl. ¶ 9.  There was no response and the voicemail box was full.  *Id*.  Mr. Nicholson and Ms. Zeldin also called Mr. Meda, who advised that he would try to reach Mr. Paradis and convey our request that he stipulate to electronic service.  *Id*. at ¶ 10.  As of the filing of this *ex parte* application, Mr. Meda has not called or emailed to advise of Mr. Paradis's position.  *Id*.  On March 18, 2021 at 11:14 a.m., Ms. Zeldin wrote to Mr. Paradis, copying Mr. Nicholson, Mitch Mulberger (counsel for the Pansky Defendants), and Mr. Meda.  Nicholson Decl. Ex. 3.  She advised Mr. Paradis that the BGR Defendants intended to seek the relief sought in this ex parte application and asked if he would oppose the application and contact her by 1 p.m.  *Id*.  Mr. Paradis did not do so.  *Id*. at ¶ 12.

### V. Conclusion

For the reasons set forth above, the BGR Defendants respectfully request that the Court grant the *ex parte* application and enter the proposed order.

/ / /

/ / /

/ / /

/ / /

/ / /

DATED:  March 18, 2021

BROWNE GEORGE ROSS
O'BRIEN ANNAGUEY & ELLIS LLP
   Guy C. Nicholson
   Kim S. Zeldin

By: _____
   Guy C. Nicholson
Attorneys for Defendants Browne George Ross LLP, Eric M. George, and Maribeth Annaguey