1  BROWNE GEORGE ROSS
   O'BRIEN ANNAGUEY & ELLIS LLP
2  Guy C. Nicholson (State Bar No. 106133)
      gnicholson@bgrfirm.com
3  Kim S. Zeldin (State Bar No. 135780)
      kzeldin@bgrfirm.com
4  2121 Avenue of the Stars, Suite 2800
   Los Angeles, California 90067
5  Telephone: (310) 274-7100
   Facsimile: (310) 275-5697
6
   Attorneys for Defendants Browne George
7  Ross LLP, Eric M. George, and Maribeth
   Annaguey
8
                UNITED STATES DISTRICT COURT
9
        CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION
10

| | |
|---|---|
| PAUL O. PARADIS,<br><br>         Plaintiff,<br><br>    vs.<br><br>ELLEN PANSKY, PANSKY MARKLE ATTORNEYS AT LAW, MARIBETH ANNAGUEY, ERIC M. GEORGE, BROWNE GEORGE ROSS LLP and DOES 1-100,<br><br>         Defendants. | Case No. 2:20-cv-09660-VAP-JCx_<br><br>Hon. Virginia A. Phillips_<br><br>**DEFENDANTS BROWNE GEORGE ROSS LLP, ERIC M. GEORGE AND MARIBETH ANNAGUEY'S NOTICE OF NON-COMPLIANCE WITH COURT ORDER (ECF 51)**<br><br>Trial Date:  None Set |

**TO THIS HONORABLE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

Please Take Notice As Follows:  Plaintiff Paul O. Paradis did not serve Defendants' counsel, Guy C. Nicholson, by electronic mail with any opposition to Browne George Ross LLP, Eric M. George, and Maribeth Annaguey's (the "BGR Defendants") motion to strike and motion to dismiss, as ordered by the Court.  ECF 51.

On March 23, 2021, the Court entered an order granting Defendants' *Ex Parte* Application Regarding Electronic Service (ECF 51).  Mr. Paradis was directed to serve any oppositions (and accompanying documents) to the pending motions to dismiss and motions to strike filed by the BGR Defendants and the Pansky Defendants (collectively, the "Motions") by electronic mail on March 24, 2021 by 4 p.m. to Guy C. Nicholson at gnicholson@bgrfirm.com and Mitchell Mulbarger at mmulbarger@bknlawyers.com.  Defendants' counsel was directed to serve Plaintiff with a copy of the Order by electronic mail to pparadis7@gmail.com.  Defendants promptly did so and filed a proof of service with the Court (ECF 52).

Mr. Paradis did not serve Mr. Nicholson with a copy of any oppositions on March 24, 2021 by 4 p.m. (or at any other time) as required by the Court's Order and has not served Mr. Nicholson with a copy of any oppositions as of the filing of this notice with the Court.

DATED:  March 29, 2021             BROWNE GEORGE ROSS
                                                              O'BRIEN ANNAGUEY & ELLIS LLP
                                                                  Guy C. Nicholson
                                                                  Kim S. Zeldin

                                                              By: _____
                                                                  Guy C. Nicholson
                                                              Attorneys for Defendants Browne George Ross LLP, Eric M. George, and Maribeth Annaguey

# PROOF OF SERVICE

### Paul O. Paradis v. Ellen Pansky, et al.
### Case No. 2:20-cv-09660

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 2121 Avenue of the Stars, Suite 2800, Los Angeles, CA 90067.

On March 29, 2021, I served true copies of the following document(s) described as **DEFENDANTS BROWNE GEORGE ROSS LLP, ERIC M. GEORGE AND MARIBETH ANNAGUEY'S** on the interested parties in this action as follows:

Paul O. Paradis, In Pro Per
4422 N. 75th Street, Apt. 4005
Scottsdale, AZ 85251
Email: pparadis7@gmail.com

**BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with the practice of Browne George Ross O'Brien Annaguey & Ellis LLP for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid. I am a resident or employed in the county where the mailing occurred. The envelope was placed in the mail at Los Angeles, California.

**BY E-MAIL OR ELECTRONIC TRANSMISSION:** On March 29, 2021, I caused a copy of the document(s) to be sent from e-mail address aaugustine@bgrfirm.com to the persons at the e-mail addresses listed in the Service List. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on March 29, 2021, at Los Angeles, California.

Andrea A. Augustine

1788532.1

Case No. 2:20-cv-09660-VAP-JCx

DEFENDANTS BROWNE GEORGE ROSS LLP, ERIC M. GEORGE AND MARIBETH ANNAGUEY'S
EX PARTE APPLICATION