1   PHILLIP A. BAKER, BAR ID #169571
    pbaker@bknlawyers.com
2   MITCHELL F. MULBARGER, BAR ID #166266
    mmulbarger@bknlawyers.com
3   BAKER, KEENER & NAHRA, LLP
    633 West 5th Street
4   Suite 5500
    Los Angeles, California 90071
5   Telephone: (213) 241-0900
    Facsimile:  (213) 241-0990
6

7   Attorneys for Defendants
    ELLEN PANSKY and
8   PANSKY MARKLE ATTORNEYS AT LAW

9

10              UNITED STATES DISTRICT COURT

11      CENTRAL DISTRICT OF CALIFORNIA – CENTRAL DIVISION (Los Angeles)

| | |
|---|---|
| 12   PAUL O. PARADIS, | Case No.: 2:20-cv-09660 VAP (JCx) |
| 13            Plaintiff, | Corrected Complaint Filed:        10-26-2021 |
| 14   vs. | **NOTICE OF NON-RECEIPT OF OPPOSITION PAPERS ON PANSKY DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S CORRECTED COMPLAINT PURUSANT TO FRCP 12(b)(6); 12(b)(5) and MOTION TO SPECIALLY STRIKE PLAINTIFF'S CORRECTED COMPLAINT PURUSANT TO CCP § 425.16** |
| 15   ELLEN PANSKY; PANSKY MARKLE ATTORNEYS AT LAW; MARIBETH | |
| 16   ANNAGUEY; ERICK M. GEORGE; GEORGE BROWNE GEORGE ROSS, | |
| 17   LLP; and DEFENDANTS 1 -100, | |
| 18            Defendants. | |
| 19 | **DATE:   April 12, 2021** |
| 20 | **TIME:    2:00 p.m.**<br>**CTRM: 8A** |

21

22   **TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD HEREIN:**

23          **PLEASE TAKE NOTICE** that counsel for Defendants ELLEN PANSKY and

24   PANSKY MARKLE ATTORNEYS AT LAW (hereinafter "Pansky Defendants"), has not

25   received any papers in Opposition to either the Motion to Dismiss pursuant to FRCP Rule

26   12(b)(6) and 12(b)(5), or the Motion to Specially Strike plaintiffs Corrected Complaint

27   pursuant to California Code of Civil Procedure § 425.16 filed on March 8, 2021, respectively.

1531-5688-0001

- 1 -

28   ─────────────────────────────────────────────────

**NOTICE OF NON-RECEIPT OF OPPOSITION PAPERS ON PANSKY DEFENDANTS'
MOTION TO DISMISS PLAINTIFF'S CORRECTED COMPLAINT PURUSANT TO FRCP
12(b)(6); 12(b)(5) and MOTION TO SPECIALLY STRIKE PLAINTIFF'S CORRECTED
COMPLAINT PURUSANT TO CCP § 425.16**

1    This is despite the fact that this Court Ordered on March 23, 2021, that Plaintiff file and

2    serve any Opposition papers by March 24, 2021 by 4:00 p.m. via electronic service on Mitchell

3    F. Mulbarger at mmulbarger@bknlawyers.com.  [Dkt 51.]

4

5    DATED:  March 29, 2021                    BAKER, KEENER & NAHRA, LLP

6
                                              By   /S/ MITCHELL F. MULBARGER
7                                                  PHILLIP A. BAKER
                                                   MITCHELL F. MULBARGER
8                                             Attorneys for Defendants
                                              ELLEN PANSKY and PANSKY MARKLE
9                                             ATTORNEYS AT LAW

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27   1531-5688-0001

                                              - 2 -
28
     **NOTICE OF NON-RECEIPT OF OPPOSITION PAPERS ON PANSKY DEFENDANTS'
     MOTION TO DISMISS PLAINTIFF'S CORRECTED COMPLAINT PURUSANT TO FRCP
     12(b)(6); 12(b)(5) and MOTION TO SPECIALLY STRIKE PLAINTIFF'S CORRECTED
     COMPLAINT PURUSANT TO CCP § 425.16**

**CERTIFICATE OF SERVICE (CM/ECF)**

***Paul O. Paradis v. Ellen Pansky, et al.***
**USDC – Central District (Central Division-Los Angeles),**
**Case No.: 2:20-cv-09660 JFW (PVC)**

I hereby certify that on **March 29, 2021**, I electronically filed the foregoing **NOTICE OF NON-RECEIPT OF OPPOSITION PAPERS ON PANSKY DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S CORRECTED COMPLAINT PURUSANT TO FRCP 12(b)(6); 12(b)(5) and MOTION TO SPECIALLY STRIKE PLAINTIFF'S CORRECTED COMPLAINT PURUSANT TO CCP § 425.16** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

✓ **(BY OVERNIGHT DELIVERY)** I caused to be placed said document(s) in envelope(s) for collection following ordinary business practices, at the offices of BAKER, KEENER & NAHRA, LLP, at the address set forth and addresses as shown on this service list, for collection and delivery to a courier authorized to receive said document(s), with delivery fees provided for. I am readily familiar with the practice of BAKER, KEENER & NAHRA, LLP for collection and processing document(s) for overnight delivery and said envelope(s) will be deposited for receipt in the ordinary course of business.

| | |
|---|---|
| **Paul O. Paradis (Pro Se)**<br>4422 North 75th Street, Apartment 4005<br>Scottsdale, AZ 85251<br>**VIA OVERNIGHT DELIVERY &<br>E-MAIL** | Pro Se Plaintiff<br><br>Telephone: 201-206-9092<br>pparadis7@gmail.com |

✓ **(BY ECF)** I caused the above-referenced document(s) to be filed the Electronic Case Filing (ECF) system in the **United States District Court for the Central District of California, on all parties registered for e-filing**. Counsel of record are required by the Court to be registered e-filers, and as such, are automatically e-served with a copy of the documents upon confirmation of e-filing.

✓ **(FEDERAL)** I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct.

*/S/ MITCHELL F. MULBARGER*
MITCHELL F. MULBARGER

1531-5688-0001

- 3 -

**NOTICE OF NON-RECEIPT OF OPPOSITION PAPERS ON PANSKY DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S CORRECTED COMPLAINT PURUSANT TO FRCP 12(b)(6); 12(b)(5) and MOTION TO SPECIALLY STRIKE PLAINTIFF'S CORRECTED COMPLAINT PURUSANT TO CCP § 425.16**
