UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES – GENERAL

| Case No. | LACV 20-09660-VAP-JCx | Date | March 30, 2021 |
|---|---|---|---|
| Title | *Paul O. Paradis v. Ellen Pansky, et al.* | | |

Present: The Honorable VIRGINIA A. PHILLIPS, UNITED STATES DISTRICT JUDGE

| Christine Chung | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:** MINUTE ORDER (1) VACATING HEARING; (2) GRANTING MOTIONS TO DISMISS COMPLAINT; AND (3) DENYING MOTIONS TO STRIKE AS MOOT (IN CHAMBERS)

  Before the Court are four Motions, each filed on March 8, 2021: two motions to dismiss Plaintiff's Complaint pursuant to Federal Rules of Civil Procedure 12(b)(5) and 12(b)(6) filed by Defendants Ellen Pansky and Pansky Markle Attorneys at Law (hereinafter the "Pansky Defendants") and Defendants Browne George Ross LLP, Eric M. George, and Maribeth Annaguey (hereinafter the "BGR Defendants"); and two motions to strike Plaintiff's Complaint pursuant to California Code of Civil Procedure § 425.16 filed by the Pansky Defendants and the BGR Defendants.  (Dkt. Nos. 36, 38-43.)  On March 23, 2021, the Court granted the BGR Defendants' ex parte application to require Plaintiff to serve his opposition briefs to the pending motions electronically on defense counsel by no later than March 24, 2021 at 4:00 p.m.

  Pursuant to Local Rule 7-9, Plaintiff Paul O. Paradis' opposition to the Motions was due to be filed by no later than March 22, 2021.  To date, no opposition has been filed.  Moreover, on March 29, 2021, the Pansky Defendants and the BGR Defendants each filed notices with the Court stating Plaintiff failed to serve his opposition briefs as ordered and, in fact, he failed to serve them at all.  Accordingly, the Court VACATES the hearing set for April 12, 2021 at 2:00 p.m.

  Local Rule 7-12 states that "failure to file any required document, or the failure to file it within the deadline, may be deemed consent to the granting or denial of the motion."  *Kristensen v. Expansion Capital Grp., LLC*, No. 2:16-cv-00982-JFW-JEMx, 2016 WL 10988570, at *1 (C.D. Cal. July 19, 2016) (holding failure to oppose a motion to dismiss was grounds for

dismissal pursuant to Local Rule 7-12).  Accordingly, the Court deems Plaintiff's failure to file an opposition as consent to the granting the four pending Motions.

In the interest of judicial economy and efficiency, the Court hereby GRANTS the two pending Motions to Dismiss the Complaint, without prejudice.  The two pending Motions to Strike the Complaint are DENIED AS MOOT.

**IT IS SO ORDERED.**