JS-6

# United States District Court
## Central District of California

| | |
|---|---|
| PAUL O. PARADIS,<br><br>    Plaintiff,<br><br>    v.<br><br>ELLEN PANSKY, et al.,<br><br>    Defendants. | Case No. LACV 20-09660 VAP (JCx)<br><br>**JUDGMENT** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Pursuant to the Order Granting the Pansky Defendants' and BGR Defendants' Motions to Dismiss, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE. The Court orders that such judgment be entered.

**IT IS SO ORDERED.**

Dated:   3/30/21

Virginia A. Phillips
United States District Judge